## ROBERT FORSYTH
### v.
## JEAN BAPTISTE LASSELLE

### 1810

### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 309
2. Special bail . . . . . . . . . . . . . " 318
3. Rule to plead; continuance . . . . . . . . " 321
4. Award of referee; judgment . . . . . . . . " 362
5. Witness fees allowed . . . . . . . . . . " 362

### PAPERS IN FILE

1.–8. Orders and receipts . . . . . . . . . . . .